**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY GALLEGOS, SARA RAMIREZ, and JESSE PEREZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ATRIA MANAGEMENT COMPANY, LLC, a Delaware limited liability company; ATRIA SENIOR LIVING, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:16-CV-00888-JGB-SP<br><br>Honorable Jesus G. Bernal<br><br>**JUDGMENT**<br><br>**NOTE: CHANGES MADE BY COURT** |

# JUDGMENT

Pursuant to the Order Granting the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Expenses, and Class Representative Incentive Awards, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs and Expenses, and Class Representative Incentive Awards ("Order Granting Final Approval") and the Parties' Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. As provided by the Order Granting Final Approval, all Class Members who did not timely and properly opt out from the Settlement are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: March 25, 2019

Hon. Jesus G. Bernal
United States District Judge